UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS DeARMOND, JR., | No. 2:15-cv-1262 KJN P |
| Petitioner, | |
| v. | ORDER |
| C.E. DUCART, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has consented to the jurisdiction of the undersigned.  (ECF No. 4.)

On September 1, 2015, the undersigned issued an order informing petitioner that this action could not proceed because none of the claims raised were exhausted.  (ECF No. 7.)  The undersigned also stated that it appeared that petitioner had exhausted some claims in a petition for review filed in the California Supreme Court, but none of these exhausted claims were raised in the instant action.  (Id.)  The undersigned granted petitioner thirty days to file an amended petition containing his exhausted and his unexhausted claims and a motion to stay this action.

////

////

////

1

1  (Id.)  Petitioner was informed that his failure to respond to this order would result in dismissal of
2  this action.[1]  (Id.)
3        Thirty days passed and petitioner did not respond to the September 1, 2015 order.
4  Accordingly, the undersigned orders dismissal of this action because it contains only unexhausted
5  claims.  Picard v. Connor, 404 U.S. 270 (1971).
6        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.
7  Dated:  October 9, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

De1262.dis

---

[1] In a previous order, the undersigned cautioned petitioner regarding the statute of limitations. (See ECF No. 5.)